No. 659. CHOCTAW NATION *v.* UNITED STATES. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. W. F. Semple, R. M. Rainey, Streeter B. Flynn,* and *T. P. Gore* for petitioner. *Solicitor General Biddle* for the United States.

No. 680. REUTER *v.* UNITED STATES. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Mr. James A. Cosgrove* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for the United States.

No. 702. MCINTYRE *v.* GEORGIA. March 3, 1941. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Mr. G. Seals Aiken* for petitioner. *Mr. J. W. LeCraw* for respondent.

No. 704. MONARCH DISTRIBUTING CO. ET AL. *v.* UNITED STATES. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harold J. Bandy* for petitioners. *Solicitor General Biddle* and *Messrs. Wendell Berge, Raoul Berger, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 706. ROMANS ET AL. *v.* MARYLAND. March 3, 1941. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Mr. Eldridge Hood Young*

for petitioners.  *Mr. William C. Walsh,* Attorney General of Maryland, for respondent.

No. 707. CITY OF NEW YORK *v.* UNITED STATES ET AL. March 3, 1941. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Paul A. Sweeney* for respondents.

No. 663. OBARTUCH *v.* SECURITY MUTUAL LIFE INSURANCE Co. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Roy Massena* and *Donald N. Schaffer* for petitioner. *Messrs. Dwight S. Bobb* and *Robert W. Childs* for respondent.

No. 672. H. B. NELSON CONSTRUCTION Co. *v.* UNITED STATES. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. S. Wallace Dempsey* and *Thomas Bruce Fuller* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 673. H. B. NELSON CONSTRUCTION Co. *v.* UNITED STATES. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. S. Wallace Dempsey* and *Thomas Bruce Fuller* for petitioner. *So-*